# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| RICKY TEJADA, | : No. 123 MM 2014 |
| Petitioner | : |
| v. | : |
| ALBERT V.F. NELTHROPP, ERIK J. CONRAD AND ROBERT LONG, ATTORNEYS AT LAW, | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 24th day of September, 2014, the Petition for Leave to File Petition for Allowance of Appeal <u>Nunc</u> <u>Pro</u> <u>Tunc</u> is **DENIED**.